UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BRADLEY C. ROBISON,

    Plaintiff,

  v.

BEAU D. WENGER, *et al.*,

    Defendants.

:

:

Case No. 2:24-cv-3217
Chief Judge Sarah D. Morrison
Magistrate Judge Elizabeth A. Preston Deavers

## ORDER

Plaintiff Bradley Robison is an Ohio inmate proceeding without assistance of counsel. On August 27, 2024, the Magistrate Judge issued a Report and Recommendation recommending that the Court dismiss this action for want of prosecution. (ECF No. 7.)

The parties were advised of the right to file objections to the Report and Recommendation and of the consequences of failing to do so. No objections have been filed and the time for filing objections has passed. Accordingly, the Court **ADOPTS** and **AFFIRMS** the Report and Recommendation (ECF No. 7.) Mr. Robison's Complaint is **DISMISSED without prejudice**. The Clerk is **DIRECTED** to **TERMINATE** this case.

    IT IS SO ORDERED.

                                  /s/ Sarah D. Morrison
                                  **SARAH D. MORRISON**
                                  **CHIEF UNITED STATES DISTRICT JUDGE**